**No. 60238.**—Royal Bead Novelty Co., Inc. *v.* United States, protest 286845–K (New York).

361

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, not faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.